IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-474-BO

| | |
|---|---|
| M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| VERIZON COMMUNICATIONS, INC., ) | |
| VERIZON WIRELESS SERVICES, LLC, ) | |
| and ROBERT MICHAEL GLAUNER, ) | |
| ) | |
| Defendants. ) | |

This matter comes before the court on the joint motion of plaintiff M.D. ("plaintiff") and defendants Verizon Communications Inc. and Verizon Wireless Services, LLC's (together, "Verizon") to set a briefing schedule [DE-14]. On November 8, 2024, Verizon filed a motion to compel arbitration [DE-15] ("motion to compel arbitration") in this matter.

For good cause shown for the reasons stated in the joint motion [DE-14] filed by plaintiff and Verizon, the motion [DE-14] is GRANTED. It is therefore ORDERED that:

1. Verizon's deadline to respond to the complaint in this matter is STAYED pending resolution of Verizon's motion to compel arbitration [DE-15]. In addition, all other preliminary case deadlines, including the deadline to serve Rule 26(a) initial disclosures, the deadline for a Rule 26(f) conference, and the deadline for issuance of a Rule 16(b) scheduling order are STAYED pending resolution of Verizon's motion to compel arbitration [DE-15].[1]

2. Plaintiff's response to Verizon's motion to compel arbitration [DE-15] shall be filed on or before **December 6, 2024**, and Verizon shall file its reply in support of its motion to compel

---

[1] It is noted that plaintiff and Verizon have not waived any rights, defenses, or objections, including the defenses set forth in Fed. R. Civ. P. 12, by filing the instant joint motion, the filing of the motion to compel arbitration, or filings related thereto.

arbitration on or before **December 30, 2024**.

3. Should the court deny Verizon's motion to compel arbitration, Verizon shall file its motion to dismiss under Fed. R. Civ. P. 12 within thirty (30) days of the court's order denying its motion to compel arbitration.

4. Unless otherwise ordered by the court, should the court grant Verizon's motion to compel arbitration, within 14 days of the order, plaintiff and Verizon shall (i) meet and confer, and (ii) file a joint status report advising the court of plaintiff and Verizon's position(s) regarding further scheduling in this case.

5. Should plaintiff amend the complaint to add Cellco Partnership d/b/a/ Verizon Wireless ("Cellco Partnership") as a defendant in this matter, this order shall apply to Cellco Partnership as well.

SO ORDERED, this 18th day of November, 2024.

                                          Brian S. Meyers
                                        United States Magistrate Judge